**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Fremont C. PECK, Clara S. Peck, Jr., and Samuel Child, Executors of the Will of Clara S. Peck, Deceased, Respondents.**

No. 437.

Circuit Court of Appeals, Second Circuit.

June 28, 1937.

James W. Morris, Asst. Atty. Gen., and J. Louis Monarch and Harry Marselli, Sp. Assts. to the Atty. Gen., for petitioner.

J. Sterling Halstead, of New York City, for respondents.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

**COMMISSIONER OF INTERNAL REVENUE v. Louise C. SLACK et al.**

No. 8659.

Circuit Court of Appeals, Ninth Circuit.

Sept. 10, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

Claude I. Parker, of Los Angeles, Cal., for respondents.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by respondent, ordered petition to review dismissed; that a judgment of dismissal be filed and entered accordingly, mandate forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Ruth Chandler WILLIAMSON, Respondent, and seven companion causes.**

No. 8263.

Circuit Court of Appeals, Ninth Circuit.

July 26, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

A. Calder Mackay, of Los Angeles, Cal., for respondent.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, and upon authority of companion cause of Commissioner of Internal Revenue v. Marian Chandler, 89 F.(2d) 332, ordered judgment of affirmance filed and entered in each of above cause, and that mandate of this court in each cause issue forthwith.